**Ashley Yount**

| | |
|---|---|
| **From:** | Garcia, Nelda <Nelda.Garcia@texasattorneygeneral.gov> |
| **Sent:** | Friday, April 24, 2015 10:30 AM |
| **To:** | Katrina McClenny; Ashley Yount |
| **Cc:** | Garcia, Nelda |
| **Subject:** | Patric Codi Thurston |

Good Morning,
I need to order the appeal for inmate Patric Codi Thurston COA#12-11-00277-CR. Thanks NTG

Nelda T. Garcia
Administrative Assistant IV
Office of the Attorney General
Criminal Appeals Division
300w. 15th St.
Austin, Texas 78701
Nelda.garcia@texasattorneygeneral.gov
512-463-3321



REC'D IN COURT OF APPEALS
12th Court of Appeals District

APR 24, 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

1